# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

DAVID EKBLAD,

    Plaintiff(s),

v.

TARGET CORPORATION,

    Defendant(s).

Case No. 2:22-cv-00767-APG-NJK

**ORDER**

[Docket No. 22]

    Pending before the Court is a stipulation to extend the discovery cutoff and subsequent deadlines by 60 days. Docket No. 22. The Court will allow the extension subject to two caveats. First, no showing has been made with respect to any additional written discovery and sufficient time for such discovery will not remain between the date of the mediation and the proposed discovery cutoff. As such, the discovery cutoff will not be extended with respect to written discovery. Second, counsel must obtain deposition dates now to ensure that they proceed before the extended discovery cutoff should the mediation prove unsuccessful. Subject to the above, the stipulation is **GRANTED** and deadlines are **RESET** as follows:

- Amend pleadings/ add parties: closed
- Initial expert disclosures: closed
- Rebuttal expert disclosures: closed
- Stipulation with schedule for remaining depositions: June 6, 2023
- Status report regarding mediation: August 1, 2023
- Discovery cutoff: August 15, 2023
- Dispositive motions: September 14, 2023

- Joint proposed pretrial order: October 16, 2023, or 30 days after resolution of dispositive motions

IT IS SO ORDERED.

Dated: May 30, 2023

                                                                              Nancy J. Koppe
United States Magistrate Judge