Eran Lagstein, Esq., Nevada Bar No. 7413
**LAGSTEIN LAW FIRM, P.C.**
5940 S. Rainbow Blvd.
Las Vegas, Nevada 89118
Tel     323.330.0507
Fax    323.330.0508
eran@lagsteinlawfirm.com

Attorneys for Plaintiff,
DAVID EKBLAD

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID EKBLAD, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a corporation; and, DOES 1-10, inclusive,<br><br>  Defendants. | CASE NO: 2:22-cv-00767-APG-NJK<br><br>[~~PROPOSED~~] REVISED STIPULATION AND ORDER TO EXTEND DISCOVERY DEADLINES PURSUANT COURT ORDER [ECF NO. 22] |

Pursuant to FED.R.Civ.P.6, FED.R.Civ.P.26, LR 26-1, and LR 26-4, Plaintiff DAVID EKBLAD ("Plaintiff"), by and through his counsel of record, LAGSTEIN LAW FIRM P.C. and Defendant, TARGET CORPORATION ("Defendant"), by and through its counsel of record, LINCOLN, GUSTAFSON & CERCOS and submitted a [Proposed] Revised Stipulation and Order to Extend Disocovery Deadlines stipulating to a sixty (60) day continuance of the current discovery deadlines. [ECF No. 21]

On May 30, 2023, the Court submitted an Order [ECF No. 23] GRANTING the Stipulation and Order to Extend Discovery Deadlines subject to two caveats. The Court indicated that the extended discovery cutoff will not be extended with respect to written discovery. Second, counsel must obtain deposition dates now to ensure that they proceed before the extended discovery cutoff should the mediation prove unsuccessful. Subject to the aforementioned caveats, the Court reset the discovery deadlines as follows:

/ / /

| EVENT | DEADLINES |
|---|---|
| Amend pleadings/ Add parties | Closed |
| Initial Experts | Closed |
| Stipulation with schedule for remaining depositions | June 6, 2023 |
| Status report regarding mediation | August 1, 2023 |
| Discovery cutoff | August 15, 2023 |
| Dispositive motions | September 14, 2023 |
| Joint proposed pretrial order | October 16, 2023 or 30 days after resolution of dispositive motions |

Pursuant to the Court's Order [ECF No. 23], the parties hereto submit to the Court the following schedule for remaining depositions:

| DEPONENT | DEPOSITION DATE |
|---|---|
| Alyssa Ho/Person Most Knowledgeable | July 31, 2023/ 9:30 a.m. |
| Miranda Cameron | July 31, 2023/ 3:00 p.m. |
| Steven Rodriguez | Pending potential subpoena |
| Sarah Milne | August 1, 2023/ 11:30 a.m. |
| Kyara Williams | August 1, 2023/ 1:30 p.m. |
| Dave Greger | August 1, 2023/ 3:30 p.m. |
| Peggy Jersic | August 2, 2023/ 9:30 a.m. |
| Dominique Saldana | August 2, 2023/ 11:30 a.m. |
| Barbara Lincoln | August 2, 2023/ 1:30 p.m. |
| Jenny Kekaouha | August 2, 2023/ 3:30 p.m. |

**IT IS SO STIPULATED AND AGREED**

DATED this ___ day of June, 2023.

**LAGSTEIN LAW FIRM, P.C.**

/s/ Eran Lagstein
_____
**ERAN LAGSTEIN, ESQ.**
Nevada Bar No. 7413
5940 S. Rainbow Blvd.
Las Vegas, NV 89118
Attorneys for Plaintiff,
DAVID EKBLAD

DATED this ___ day of June, 2023.

**LINCOLN, GUSTAFSON & CERCOS**

/s/ Julie Funai
_____
**LOREN S. YOUNG, ESQ.**
Nevada Bar No. 7567
**JULIE A. FUNAI, ESQ.**
Nevada Bar No. 8725
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, NV 89128
Attorneys for Defendant, TARGET CORPORATION

IT IS SO ORDERED

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 12, 2023