**LOREN S. YOUNG, ESQ**.
Nevada Bar No. 7567
**JULIE A. FUNAI, ESQ.**
Nevada Bar No. 8725
**LINCOLN, GUSTAFSON & CERCOS, LLP**
*ATTORNEYS AT LAW*
7670 W. Lake Mead Blvd., Suite 200
Las Vegas, Nevada 89128
Telephone:  (702) 257-1997
Facsimile:   (702) 257-2203
lyoung@lgclawoffice.com
jfunai@lgclawoffice.com

Attorneys for Defendant, TARGET CORPORATION

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAVID EKBLAD, an individual,<br><br>  Plaintiff,<br><br>v.<br><br>TARGET CORPORATION, a corporation; and, DOES 1-10, inclusive,<br><br>  Defendants. | CASE NO: 2:22-cv-00767-APG-NJK<br><br>**STIPULATION AND ORDER FOR DIMISSAL OF ALL CLAIMS, WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff, DAVID EKBLAD, by and thorough his attorney of record, ERAN LAGSTEIN, ESQ. of LAGSTEIN LAW FIRM, P.C.; and Defendant, TARGET CORPORATION, by and through its attorney of record, LOREN S. YOUNG, ESQ., of the law firm LINCOLN, GUSTAFSON & CERCOS, LLP, that Plaintiff

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

-1-

*Ekblad v. Target*
Case No.: 2:22-cv-00767-APG-NJK

DAVID EKBLAD's Complaint, as well as all cross-claims, counter-claims, or other related claims, are hereby dismissed as to all parties, with prejudice, each party to bear their attorney's fees and costs.

| DATED this 4th day of October, 2023. | DATED this 4th day of October, 2023. |
|---|---|
| **LAGSTEIN LAW FIRM, P.C.** | **LINCOLN, GUSTAFSON & CERCOS** |
| /s/ Eran Lagstein | /s/ Loren S. Young |
| **ERAN LAGSTEIN, ESQ.**<br>Nevada Bar No. 7413<br>1801 Century Park East, 24th Fl.<br>Los Angeles, CA 90067<br>Attorneys for Plaintiff | **LOREN S. YOUNG, ESQ.**<br>Nevada Bar No. 7567<br>**JULIE A. FUNAI, ESQ.**<br>Nevada Bar No. 8725<br>7670 W. Lake Mead Blvd., Suite 200<br>Las Vegas, NV 89128<br>Attorneys for Defendant, TARGET CORPORATION |

IT IS SO ORDERED.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

DATED: October 5, 2023